| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 18-11127-PMM

| | |
|---|---|
| LINDA M COULOMBE | Petition Filed Date: 02/20/2018 |
| 976 CAMBRIDGE DRIVE | 341 Hearing Date: 03/27/2018 |
| MANHEIM  PA    17545 | Confirmation Date: 07/26/2018 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2019 | $216.00 | | 02/05/2019 | $216.00 | | 03/04/2019 | $216.00 | |
| 05/21/2019 | $216.00 | Automatic Payı | 06/18/2019 | $216.00 | Automatic Payı | 07/16/2019 | $216.00 | Automatic Payı |
| 08/20/2019 | $216.00 | Automatic Payı | 09/17/2019 | $216.00 | Automatic Payı | 10/16/2019 | $216.00 | |
| 11/19/2019 | $216.00 | | 12/17/2019 | $216.00 | | 01/22/2020 | $216.00 | |
| 02/19/2020 | $216.00 | | 03/17/2020 | $216.00 | | 04/21/2020 | $216.00 | |
| 05/19/2020 | $216.00 | | 06/16/2020 | $216.00 | | 07/21/2020 | $216.00 | |

**Total Receipts for the Period:  $3,888.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing:  $6,480.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 2 | AMERICAN EXP CENTURION BANK<br>»»  002 | Unsecured Creditors | $1,001.89 | $44.01 | $957.88 |
| 5 | QUANTUM3 GROUP LLC as agent for<br>»»  005 | Unsecured Creditors | $7,419.86 | $357.09 | $7,062.77 |
| 1 | DISCOVER PERSONAL LOAN<br>»»  001 | Unsecured Creditors | $16,966.02 | $816.55 | $16,149.47 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  004 | Unsecured Creditors | $20,777.87 | $999.98 | $19,777.89 |
| 6 | STATE FARM BANK FSB<br>»»  006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | ALAINE V GRBACH ESQ<br>»»  003 | Attorney Fees | $3,500.00 | $3,500.00 | $0.00 |

**Chapter 13 Case No. 18-11127-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,480.00 | Current Monthly Payment: | $216.00 |
| Paid to Claims: | $5,717.63 | Arrearages: | ($216.00) |
| Paid to Trustee: | $563.74 | Total Plan Base: | $7,776.00 |
| Funds on Hand: | $198.63 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.