United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-11127-pmm |
| Linda M. Coulombe | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 09, 2021 | Form ID: 138NEW | Total Noticed: 23 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Linda M. Coulombe, 976 Cambridge Drive, Manheim, PA 17545-8407 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| 14091397 | + | Alaine V.Grbach, 675 Estelle Drive, Lancaster PA 17601-2129 |
| 14080385 | | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14059067 | + | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 14059068 | + | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 14059075 | + | Target, C/O Financial & Retail Srvs, Mailstopn BT POB 9475, Minneapolis, MN 55440-9475 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 10 2021 02:12:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 10 2021 02:12:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14059070 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 10 2021 02:12:00 | Comenitybk/williams Vs, Po Box 182120, Columbus, OH 43218-2120 |
| 14059071 | + | Email/Text: dplbk@discover.com | Mar 10 2021 02:12:00 | Discover Personal Loan, Attn: Bankruptcy, Po Box 30954, Salt Lake City, UT 84130-0954 |
| 14063017 | + | Email/Text: dplbk@discover.com | Mar 10 2021 02:12:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 14059069 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Mar 10 2021 01:53:13 | Chase Card Services, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14059072 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 10 2021 02:12:00 | PNC Bank, Attn: Bankruptcy Department, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 14059073 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 10 2021 02:12:00 | Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 14091584 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 10 2021 01:53:15 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14095737 | | Email/Text: bnc-quantum@quantum3group.com | Mar 10 2021 02:12:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14059074 | + | Email/Text: home.sfbank-bankruptcynotice.083i01@statefarm.com | Mar 10 2021 02:12:00 | State Farm Bank, Po Box 2316, Bloomington, IL 61702-2316 |
| 14100625 | + | Email/Text: home.sfbank-bankruptcynotice.083i01@statefarm.com | | |

| | Mar 10 2021 02:12:00 | State Farm Bank, F.S.B., c/o Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14091398 | *+ | Alaine V. Grbach, 675 Estelle Drive, Lancaster PA 17601-2129 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2021     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALAINE V. GRBACH | on behalf of Debtor Linda M. Coulombe avgrbach@aol.com |
| FREDERICK L. REIGLE | on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com ecf_frpa@trustee13.com |
| KEVIN G. MCDONALD | on behalf of Creditor State Farm Bank  F.S.B. bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor State Farm Bank  F.S.B. bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

In Re: Linda M. Coulombe

    Debtor(s)

Bankruptcy No: 18−11127−pmm

Chapter: 13

---

## NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑     2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑     3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

> United States Bankruptcy Court
> Office of the Clerk, Gateway Building
> 201 Penn Street, 1st Floor
> Reading, PA 19601

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

> For The Court
> Timothy B. McGrath
> Clerk of Court

Dated: 3/9/21

27 − 26
Form 138_new